**Michael M. KAHR, Plaintiff-Appellant**

v.

**Michael E. COLE, Iron Works Construction Company LLC, Defendants-Appellees**

**2017-1391**

United States Court of Appeals, Federal Circuit.

November 9, 2017

SHERRY DAWN COLEY, Davis & Kuelthau, SC, Green Bay, WI, argued for plaintiff-appellant. Also represented by JAMES EARL LOWE, JR., MATTHEW R. McCLEAN, Milwaukee, WI.

PAUL J. ROBBENNOLT, Winthrop & Weinstine, PA, Minneapolis, MN, argued for defendants-appellees. Also represented by BRETT KLEIN.

(Dyk, Schall, and Taranto, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**